ACCEPTED
01-14-00842-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/26/2015 4:27:26 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00842-CR

| | | | |
|---|---|---|---|
| **FREDRICK DOUGLAS BRANCH** | § | **IN THE** | |
| | § | | |
| **VS.** | § | **FIRST COURT** | |
| | § | | |
| **STATE OF TEXAS** | § | **OF APPEALS** | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/26/2015 4:27:26 PM
CHRISTOPHER A. PRINE
Clerk

### MOTION TO WITHDRAW PURSUANT TO
### *ANDERS V. CALIFORNIA*, 386 U.S. 738 (1967)

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes E. CHEVO PASTRANO, counsel for appellant FREDRICK DOUGLAS BRANCH, and hereby move to withdraw from representation of appellant pursuant to *Anders v. California*, 386 U.S. 738 (1967). In support of this motion, counsel shows as follows:

Counsel has thoroughly reviewed the record on appeal, and, for these reasons is thoroughly familiar with the case.

Counsel has, in the exercise of their professional judgment, determined that the instant case presents no nonfrivolous issues for appeal, and, in accordance with the Supreme Court's decision in *Anders v. California*, 386 U.S. 738 (1967), now so advises the court and requests permission to withdraw. *Anders*, 386 U.S. at 744.

In accordance with *Anders*, counsel has, contemporaneously with this motion, filed a brief outlining all issues which might arguably support an appeal and explaining why those issues are meritless. *Id.*

Counsel has furnished the appellant with a copy of said brief, and a copy of this motion, thus apprising appellant of counsel's actions.

Having determined that the instant appeal is wholly frivolous and having complied with the briefing and notice requirements of Anders, counsel now requests that they be allowed to withdraw.

**WHEREFORE, PREMISES CONSIDERED**, Counsel for Appellant pray that the

Court grant their request and allow counsel to withdraw from this case.

Respectfully submitted,

THE PASTRANO LAW FIRM, P.C.
The Old Cotton Exchange Building
202 Travis Street, Suite 307
Houston, Texas 77002
Telephone:    713.222.1100
Facsimile:    832.218.7114


By:_____
    E. CHEVO PASTRANO
    State Bar No. 24037240
    chevo@pastranolaw.com

    ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on January 26, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, Texas, via facsimile and/or email.

_____

E. Chevo Pastrano